| United States Bankruptcy Court<br>**Central District of California** | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vanguard Business Capital, LLC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Vanguard Capital Partners** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all):**20-2259838** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6B Liberty**<br>**Suite 215**<br>**Aliso Viejo, CA**<br>ZIP CODE  **92656** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4540 Campus Drive**<br>**Suite 111**<br>**Newport Beach, CA**<br>ZIP CODE  **92660** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**6B Liberty**<br>**Suite 215**<br>**Aliso Viejo, CA** | ZIP CODE  **92656** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Vanguard Business Capital, LLC.** |
|---|---|

### Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>❑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>_____      _____<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❑ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>❑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>❑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

❑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) - (Rev. 1/08)                                                                    2008 USBC, Central District of California

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 3 |
| *(This page must be completed and filed in every case)* | **Vanguard Capital Group LLC** | |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X Not Applicable**
Signature of Debtor

**X Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

**X** _(signature)_
Signature of Attorney for Debtor(s)

**Moises S. Bardavid**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF MOSES S. BARDAVID**
Firm Name

**16133 Ventura Blvd. 7th Floor**
Address

**Encino, CA 91436**

**(818) 377-7454          (818) 377-7455**
Telephone Number

**3 25 10          200296**
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _(signature)_
Signature of Authorized Individual

**James Rungthirakul**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**3 25 10**
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Moises S. Bardavid**<br>**LAW OFFICES OF MOSES S. BARDAVID**<br>**16133 Ventura Blvd.**<br>**7th Floor**<br>**Encino, CA 91436**<br>Phone: **(818) 377-7454**     Fax:  **(818) 377-7455**<br>California State Bar Number:  **200296**<br>☑ *Attorney for:*  **Vanguard Capital Group LLC** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>**Vanguard Capital Group LLC**<br><br>Debtor. | CASE NO.:<br>CHAPTER:   **7**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☑  Petition, statement of affairs, schedules or lists       Date Filed:    3 / 25 /10

❏  Amendments to petition, statement of affairs, schedules or lists    Date Filed:

❏  Other:                                   Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

*Signature of Authorized Signatory of Filing Party*                               3 / 25 /10
                                                              Date

**James Rungthirakul**

*Printed Name of Authorized Signatory of Filing Party*

**Member**

*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

_Signature of Attorney for Filing Party_

**Moses S. Bardavid**
_Printed Name of Attorney for Filing Party_

$\dfrac{3}{25}/10$
Date

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

## United States Bankruptcy Court

## Central District of California

In re:

**Vanguard Capital Group LLC**

Case No. _____
Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James Rangthirakul**, declare under penalty of perjury that I am the **Member** of Vanguard Capital Group LLC, a CA Corporation and that on **3/   /2010** the following resolution was duly adopted by the **Chad Lee & James Rangthirakul** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James Rungthirakul**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **James Rungthirakul**, **Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **James Rungthirakul**, **Member** of this Corporation, is authorized and directed to employ **Moises S. Bardavid**, attorney and the law firm of **LAW OFFICES OF MOSES S. BARDAVID** to represent the Corporation in such bankruptcy case."

Executed on:   3/25/10

Signed: _____
James Rangthirakul

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __**Newport Beach**__ , California __/s/ James Rongthicakel__
<br>Debtor

Dated: __3/25/10__

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                 **F 1015-2.1**

**Form B6 - Summary (12/07)**                                                    **2007 USBC, Central District of California**

## United States Bankruptcy Court
### Central District of California

| In re **Vanguard Business Capital, LLC.** | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 0 | $ 300,000.00 | | |
| B - | Personal Property | YES | 0 | $ 5,100.00 | | |
| C - | Property Claimed as Exempt | NO | | | | |
| D - | Creditors Holding Secured Claims | YES | 1 | | $ 406,800.87 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $ 0.00 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 300,528.73 | |
| G - | Executory Contracts and Unexpired Leases | YES | 0 | | | |
| H - | Codebtors | YES | 0 | | | |
| I - | Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - | Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| | TOTAL | | 20 | $ 305,100.00 | $ 707,329.60 | |

| UNITED STATES BANKRUPTCY COURT |
|---|
| CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| In re **Vanguard Business Capital, LLC.** | CHAPTER:  **7** |
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

❑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $106,800.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $300,528.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $407,328.73 |

Form B6A - (12/07)                                                    2007 USBC, Central District of Calif

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **6B Liberty Street Suite 215 Aliso Viejo, CA 92656** | **Fee Owner** | | **$ 300,000.00** | **$ 403,000.00** |

Total ➤ | $ 300,000.00 |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.Cash on hand | X | | | |
| 2.Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** **Business Checking** | | 100.00 |
| 3.Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.Wearing apparel. | X | | | |
| 7.Furs and jewelry. | X | | | |
| 8.Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.Annuities. Itemize and name each issuer. | X | | | |
| 11.Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.Accounts receivable. | X | | | |
| 17.Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

**Form B6B - (12/07)**                                                    **2007 USBC, Central District of California**

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
| --- | --- | --- | --- | --- |
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
| --- | --- | --- | --- | --- |
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | | **9 Herman Miller Cubicles**<br>**9 Chairs**<br>**2 Executive Desks**<br>**2 Chairs**<br>**1 Receptionist Desk**<br>**1 Phon System**<br>**2 Tables**<br>**4 Lamps**<br>**3 Cabinets**<br>**3 Dell Computers**<br><br>**Used by Lesee** | | **5,000.00** |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested.  Give particulars. | X | | | |
| 33.Farming equipment and implements. | X | | | |

**Form B6B - (12/07)**                                                    **2007 USBC, Central District of California**

| In re  **Vanguard Business Capital, LLC.** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34 Farm supplies, chemicals, and feed. | X | | | |
| 35 Other personal property of any kind not already listed. Itemize. | | **Lease**<br>**1 Year Lease for Tenant on Property**<br>**$2,495.00 per month.** | | **Unknown** |

              __2__   continuation sheets attached                    **$  5,100.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D - (12/07)                                                                2007 USBC, Central District of California

In re    **Vanguard Business Capital, LLC.**                          Case No.:

                                                          Debtor.                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    **1501**<br>**6B L:iberty Plaza OA**<br>**c/o Mar Wesr Real estate**<br>**PO Box 500608**<br>**San Diego, CA 92150** | | | **03/01/2010**<br>**Owners Association**<br>**6B Liberty Street**<br>**Suite 215**<br>**Aliso Viejo, CA 92656**<br><br>**Value $300,000.00** | | | | **655.71** | **0.00** |
| Last four digits of ACCOUNT NO.    **Vanguard Capital Group. LLC**<br>**Orange County Treasurer**<br>**625 N. Ross Street**<br>**Building 11, Room 658**<br>**Santa Ana, CA 92701** | | | **12/10/2009**<br>**Property Tax**<br>**6B Liberty Street**<br>**Suite 215**<br>**Aliso Viejo, CA 92656**<br><br>**Value $300,000.00** | | | | **5,645.16** | **0.00** |
| Last four digits of ACCOUNT NO.    **2623**<br>**Wells Fargo Bank, NA**<br>**Corporation Service Company**<br>**Agent for Service of Process**<br>**PO Box 526036**<br>**Sacramento, CA 95852-6036** | | | **06/19/2007**<br>**Deed of Trust**<br>**6B Liberty Street**<br>**Suite 215**<br>**Aliso Viejo, CA 92656**<br><br>**Value $300,000.00** | | | | **178,000.00** | **106,800.00** |
| Last four digits of ACCOUNT NO.    **3269**<br>**Wells Fargo Bank, NA**<br>**Corporation Service Company**<br>**Agent for Service of Process**<br>**PO Box 526036**<br>**Sacramento, CA 95852-6036** | | | **06/19/2007**<br>**Deed of Trust**<br>**6B Liberty Street**<br>**Suite 215**<br>**Aliso Viejo, CA 92656**<br><br>**Value $300,000.00** | | | | **222,500.00** | **0.00** |

0 continuation sheets attached

Subtotal
(Total of this page)    ➢    |$    **406,800.87**|$    **106,800.00**

Total
(Use only on last page)    ➢    |$    **406,800.87**|$    **106,800.00**

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E- (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑ **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑ **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

Form B6E- (Rev. 12/07)

2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)

| $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|

Total ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Total ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$ 0.00   $ 0.00

**Form B6F (Official Form 6F) - (Rev. 12/07)**                                   **2007 USBC, Central District of California**

| In re | **Vanguard Business Capital, LLC.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐         Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO._____<br>AC Holdings, Inc.<br>PO box 70176<br>Dartmouth, MA 02747 | | | **09/01/2009**<br>**Lease Deposit** | | | | **2,500.00** |
| Last four digits of ACCOUNT NO._____<br>Advanced Concrete & Construction, Inc.<br>PO Box 50100<br>Mesa AZ 85208 | | | **12/04/2009**<br>**Lease Deposit** | | | | **1,500.00** |
| Last four digits of ACCOUNT NO._____<br>All American Gear Transmission Inc.<br>4389 Phillip Hwy.<br>Jacksonville, FL 32207<br><br>Keith A. Mason, esq.<br>8355 Chason Rd. west<br>Jacksonville, FL 32244 | | | **04/09/2009**<br>**Lease Deposit** | | | | **2,000.00** |
| Last four digits of ACCOUNT NO._____<br>Altera, LLC<br>111 S. Independence Mall E. #700<br>Philadelphia, PA 19106 | | | **08/11/2009**<br>**Lease Deposit** | | | | **2,624.84** |

<u>19</u>   Continuation sheets attached

| | Subtotal ➢ | $ | 8,624.84 |
|---|---|---|---|
| | Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                              2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | Case No.: |
|  |  |  |
|  | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **ANS Logistics Services** <br> **102 Raleigh Dr.** <br> **Warner robins, GA 31088** | | | **09/21/2009** <br> **Lease Deposit** | | | | 3,460.50 |
| Last four digits of ACCOUNT NO. <br> **Ashref Hauter** <br> **340 Robinhood Rd.** <br> **Franklin, VA 23851** | | | **03/08/2009** <br> **Lease Deposit** | | | | 3,847.00 |
| Last four digits of ACCOUNT NO.  6113 <br> **AT&T** <br> **PO Box 5001** <br> **Carol Stream, IL 60197** | | | **01/01/2005** <br> **Lease Deposit** | | | | 1,736.00 |
| Last four digits of ACCOUNT NO. <br> **Avalon Artists Group, Inc.** <br> **456 North May Street** <br> **Chicago, IL 31282** | | | **07/13/2009** <br> **Lease Deposit** | | | | 2,210.00 |
| Last four digits of ACCOUNT NO. <br> **Bastel Communication, Inc.** <br> **3200 Inland Empire Blvd.** <br> **Ontario, CA 91764** | | | **03/17/2009** <br> **Lease Deposit** | | | | 2,500.00 |

Sheet no. 1 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ≻ | $ | 13,753.50

Total ≻ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Boca Medical Supply, LLC** **648 Glades Rd.** **Boca Raton, FL 33431** | | | **05/27/2009** **Lease Deposit** | | | | **2,000.00** |
| Last four digits of ACCOUNT NO. **Breathe Rite Repositry Services, Inc.** **1030 W. North Blvd.** **Leesburg, FL 34748** | | | **05/26/2009** **Lease Deposit** | | | | **5,924.86** |
| Last four digits of ACCOUNT NO. **Brentwood Cafe, Inc.** **4000 Colfax Ave.** **Studio city, CA 91604** **Beitler & Assoc., Inc.** **825 S. Barrington Ave.** **Los Angeles, CA 90049** | | | **10/13/2009** **Lease Deposit** | | | | **3,975.00** |
| Last four digits of ACCOUNT NO. **Buford Family Practice, INc.** **3331 Hamilton Road, Suite 1102** **Buford, GA 30519** | | | **01/12/2009** **Lease Deposit** | | | | **5,000.00** |
| Last four digits of ACCOUNT NO. **Casillas Transportation Services, Inc.** **11 Maple street Ste. D** **Salinas, CA 93901** | | | **08/03/2009** **Lease Deposit** | | | | **3,000.00** |

Sheet no.  2 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | **19,899.86**

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|-------|-------------------------------|---|-----------|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> CCV Transport Express, Inc. <br> 2181 Siboney Ct. <br> Rochester Hills, MI 48309 | | | 05/10/2009 <br><br> Lease Deposit | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. <br> CD Withington, LLC <br> PO Box 381 <br> Windham, CT 06280 | | | 10/14/2009 <br><br> Lease Deposit | | | | 1,000.00 |
| Last four digits of ACCOUNT NO. <br> Clean Get Away, Inc. <br> 7969 Pines Blvd. <br> Pembroke Pines, FL 33024 | | | 06/19/2009 <br><br> Lease Deposit | | | | 4,930.90 |
| Last four digits of ACCOUNT NO. <br> Cleveland Die & Mfg. <br> 20303 First Ave. <br> Middelburg Heights, OH 44130 | | | 10/18/2009 <br><br> Lease Deposit | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. <br> Coastal Recycling Seervices, LLC <br> 151 Camellia Dr. <br> Waterboro, SC 29488 | | | 10/10/2009 <br><br> Lease Deposit | | | | 1,034.00 |

Sheet no. 3 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 11,964.90 |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | Case No.: | |
|-------|-------------------------------------|-----------|--|
| | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Comfort Research, LLC** <br> **3860 Roger B. Chaffe SE** <br> **Grand rapids, MI 49548** | | | **05/09/2008** <br> **Lease Deposit** | | | | **1,279.00** |
| Last four digits of ACCOUNT NO. <br> **Cooper Square Hotel, LLC.** <br> **76 Green Street, 2nd Floor** <br> **New York, NY 10012** | | | **02/09/2009** <br> **Lease Deposit** | | | | **15,000.00** |
| Last four digits of ACCOUNT NO. <br> **Crate Creation, LLC.** <br> **1364 Ros City Blvd.** <br> **Richmond, IN 47374** | | | **11/10/2009** <br> **Lease Deposit** | | | | **1,500.00** |
| Last four digits of ACCOUNT NO. <br> **Dana Enterprises, Inc.** <br> **7936 Rutillio Court** <br> **New Port Richey, FL 34653** | | | **09/19/2009** <br> **Lease deposit** | | | | **2,500.00** |
| Last four digits of ACCOUNT NO. <br> **DCS Trucking, Inc.** <br> **7249 Highway 64** <br> **Hartmann, AR 72840** | | | **07/22/2009** <br> **Lease Deposit** | | | | **1,500.00** |

Sheet no. 4 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **21,779.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)    2007 USBC, Central District of California

| In re   Vanguard Business Capital, LLC. | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Diya Investment, LLC dba Lincoln Inn 1750 5th Street Lincoln, IL 62656 | | | 02/01/2019 Lease Deposit | | | | 4,685.00 |
| Last four digits of ACCOUNT NO. Donald McBride 8555 McBride ln. Gainsville, GA 30506 | | | 03/27/2009 Lease Deposit | | | | 3,677.93 |
| Last four digits of ACCOUNT NO. Enforcement Electronics Service, In 3705 Century Blvd #2 Lakeland, FL 33811 | | | 08/25/2009 Lease Deposit | | | | 1,000.00 |
| Last four digits of ACCOUNT NO. Eric & Lauren Johnson 3006 SW 129th Street Terrace Miramar, FL 33027 | | | 07/15/2009 Lease Deposit | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. Executive Construction, Inc. N. 8509 Country Road Belleville, WI 53808 | | | 04/14/2009 Lease Deposit | | | | 3,000.00 |

Sheet no.  5 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    14,362.93

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 4295<br>FedEx<br>Po Box 7221<br>Pasadena, CA 91109 | | | 01/01/2005<br>Lease Deposit | | | | 3,000.00 |
| Last four digits of ACCOUNT NO.<br>First Nation Wood Pellet, LLC.<br>118 Water Street, Suite 201<br>Worcester, MA 01604 | | | 11/06/2009<br>Lease Deposit | | | | 2,995.00 |
| Last four digits of ACCOUNT NO.<br>Floridel, LLC<br>7505 Waters Ave., Ste. C-7<br>Savannah, GA 31406 | | | 12/15/2009<br>Lease Deposit | | | | 9,582.04 |
| Last four digits of ACCOUNT NO.<br>Freight services, Inc,<br>108 Roger Ave.<br>Inwood, NY 11096 | | | 10/29/2009<br>Lease Deposit | | | | 1,500.00 |
| Last four digits of ACCOUNT NO.<br>G-4, Inc.<br>2821 East Commercial Blvd., Ste. 20<br>Ft. Lauderdale, FL 33308 | | | 05/28/2009<br>Lease Deposit | | | | 3,228.10 |

Sheet no. 6 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 20,305.14

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | Case No.: | |
| | | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>**Gersek Excavating, LLC**<br>**400 Elizabeth Street.**<br>**Green Bay, WI 54302** | | | **06/12/2009**<br><br>**Lease Deposit** | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. _____<br>**Glenn M. Shor**<br>**80 Charles St., Apt. 1W**<br>**New York, NY 10014** | | | **05/08/2009**<br><br>**Lease Deposit** | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. _____<br>**Golf Plus, inc.**<br>**1100 Skyview blvd.**<br>**Lakeland, FL 33801** | | | **10/06/2009**<br><br>**Lease Deposit** | | | | 2,227.00 |
| Last four digits of ACCOUNT NO. _____<br>**Gronowitz, White & Weber**<br>**330 North D St. Ste. 300**<br>**San Bernardino, CA 92401** | | | **02/01/2010**<br><br>**Lease Deposit** | | | | 6,443.76 |
| Last four digits of ACCOUNT NO. _____<br>**Gulf Coast turf, Inc.**<br>**13833 Wellington Trace E4 #218**<br>**Wellington, FL 33414** | | | **06/04/2009**<br><br>**Lease Deposit** | | | | 2,439.00 |

Sheet no. _7_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal &gt; | $ | 18,109.76

Total &gt; | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                        2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Half N Half Dairy, Inc. PO Box 565 Alba, MO 64830 | | | 11/20/2009 Lease Deposit | | | | 10,272.55 |
| Last four digits of ACCOUNT NO. Hanover Cold Storage, Inc. 52 Industrial Rd. Elizabethtown, PA 17022 | | | 11/04/2009 Lease Deposit | | | | 10,600.00 |
| Last four digits of ACCOUNT NO. Heath Construction Co, Inc. 5080 Edinboro Lane Wilmington, NC 28409 | | | 04/06/2009 Lease Deposit | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. Highly Favored Staffing, Inc. 53 Main St. Hamlet, NC 38345 | | | 11/11/2009 Lease Deposit | | | | 1,731.75 |
| Last four digits of ACCOUNT NO. HNQ, Inc. 13313 Kirkglen Drive. Austin, TX 78727 | | | 10/13/2009 Lease Deposit | | | | 5,000.00 |

Sheet no. 8 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal >   $   **30,104.30**

Total >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|-------|-------------------------------|-----|-----------|-----|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **4635**<br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** | | | **01/01/2005**<br>**Revolving Account** | | | | **900.00** |
| Last four digits of ACCOUNT NO.<br>**Inn Group of fairmont, LLC**<br>**27 Southland Dr.**<br>**Fairmont, WV 26505** | | | **07/17/2009**<br>**Lease Deposit** | | | | **4,314.00** |
| Last four digits of ACCOUNT NO.<br>**J. Sounders & Son Excavating, Inc.**<br>**3349 Ave.**<br>**Vineland, NJ 08361** | | | **08/22/2008**<br>**Lease Deposit** | | | | **3,000.00** |
| Last four digits of ACCOUNT NO.<br>**Jave, Inc.**<br>**848 E. May St.**<br>**Hammond, IN 46320** | | | **09/29/2009**<br>**Lease Deposit** | | | | **2,500.00** |
| Last four digits of ACCOUNT NO.<br>**Jayco, Inc.**<br>**505 Potters Mill Ave.**<br>**Daphne, AL 36526** | | | **10/15/2009**<br>**Lease Deposit** | | | | **2,495.00** |

Sheet no. _9_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | **13,209.00**

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                        2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | Case No.: | |
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Jaymadi, Inc.<br>8505 S. Highway 39<br>Plant City, FL 33567 | | | 09/28/2009<br>**Lease Deposit** | | | | 3,380.00 |
| Last four digits of ACCOUNT NO.<br>JCR crane, Inc.<br>5123 Barkaloo Rd.<br>Baytown, TX 77521 | | | 10/27/2008<br>**Lease Deposit** | | | | 2,500.00 |
| Last four digits of ACCOUNT NO.<br>Jeff Stroup Auto Group, Inc.<br>4677 State Route 8<br>Titusville, PA 16354 | | | 04/20/2009<br>**Lease Deposit** | | | | 4,706.00 |
| Last four digits of ACCOUNT NO.<br>JL Trucking, LLC<br>8108 80th St. SW<br>Staples, MN 56479 | | | 07/02/2009<br>**Lease Deposit** | | | | 2,548.95 |
| Last four digits of ACCOUNT NO.<br>JMG Investments, LLC.<br>35441 Johns Lane<br>Eustis, FL 37236 | | | 05/28/2009<br>**Lease Deposit** | | | | 641.44 |

Sheet no. 10 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal > | $ | **13,776.39** |
| | | |
| Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ___<br>Jon Lori Hair Design, Inc.<br>553 River Rd.<br>Fair Haven, NJ 07704 | | | 06/30/2009<br>Lease Deposit | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. ___<br>K&R Bluewater, Inc.<br>1143 East 15th Street<br>Panama City, FL 32405 | | | 12/07/2009<br>Lease Deposit | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. ___<br>Kevin Rowley dba Rowley Farms<br>25325 Lon Davis Rd.<br>Parma, ID 83660 | | | 08/21/2009<br>Lease Deposit | | | | 1,198.86 |
| Last four digits of ACCOUNT NO. ___<br>Kimball Equipment Co.<br>2839 W. California Ave.<br>Slat Lake City, UT 84104 | | | 05/14/2009<br>Lease Deposit | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. ___<br>KLD Trucking, Inc.<br>2701 East 143rd Street<br>Chicago, IL 60633 | | | 06/11/2009<br>Lease Deposit | | | | 1,000.00 |

Sheet no. _11_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 11,698.86 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **KO Pumps, Inc.** <br> **PO Box 568** <br> **Cook, MN 55723** | | | **07/29/2009** <br> **Lease Deposit** | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. <br> **Krimm Machine** <br> **2820 Ome Ave.** <br> **Dayton, OH 45414** | | | **04/01/2009** <br> **Lease Deposit** | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. <br> **Leak Finders west** <br> **PO Box 62** <br> **Seabeck, WA 98380** | | | **03/18/2009** <br> **Lease Deposit** | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. **5H3R** <br> **LexisNexis** <br> **PO Box 933** <br> **Dayton, OH 45401** | | | **01/01/2005** <br> **Services** | | | | 326.00 |
| Last four digits of ACCOUNT NO. <br> **Liska Farms, inc.** <br> **4852 Hwy 44W** <br> **Robstowns, TX 78380** | | | **08/05/2009** <br> **Lease Deposit** | | | | 1,903.24 |

Sheet no. 12 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $  10,229.24

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> M. Cologne Enterprises, Inc. <br> 520 W. 21st Street, Unit G2-140 <br> Norfolk, VA 23517 | | | 10/21/2009 <br><br> Lease Deposit | | | | 1,500.00 |
| Last four digits of ACCOUNT NO. <br> Mark Whitworth <br> 1439 West Lill <br> Chicago, IL 60614 | | | 03/16/2009 <br><br> Lease Deposit | | | | 4,000.00 |
| Last four digits of ACCOUNT NO. <br> Matthew nickens dba CommoInstallers.com <br> PO box 44835 <br> Tacoma, WA 98448 | | | 11/20/2009 <br><br> Lease Deposit | | | | 1,500.00 |
| Last four digits of ACCOUNT NO. <br> Microbeguard, Inc. <br> 1901 Greenleaf Ave. <br> Elk Grove Village, IL 60007 | | | 09/21/2009 <br><br> Lease Deposit | | | | 595.00 |
| Last four digits of ACCOUNT NO. <br> Midwest REM Enterprises, Inc. <br> 2601 W. Lemoyne <br> Melrose Park, IL 60160 | | | 10/01/2009 <br><br> Lease Deposit | | | | 2,851.98 |

Sheet no. 13 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 10,446.98 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>Mike Williams, LLC<br>705 Hilton Rd.<br>Anniston, AL 36207 | | | 05/27/2009<br><br>Lease Deposit | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. _____<br>Monroe Motorcars, Inc.<br>10560 Newkirk Street, Ste. 402<br>Dallas, TX 75220 | | | 06/15/2009<br><br>Lease Deposit | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. _____<br>Mush, Inc.<br>1805 Lacy Dr.<br>Fort Worth , TX 76177 | | | 12/03/2009<br><br>Lease Deposit | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. _____<br>OP Pallets, Inc.<br>5825 W. 23rd Street North<br>Witchita, KS 67205 | | | 10/15/2008<br><br>Lease Deposit | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. _____<br>Orlando Academy, LLC<br>1650 Sand Lake Rd. Suite 115<br>Orlando FL 32809<br><br><br>Greenberg & Bass, LLP<br>16000 Ventura Boulevard, Ste. 1000<br>Encino, CA 91436 | | | 04/30/2009<br><br>Lease Deposit | | | | 7,000.00 |

Sheet no. 14 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    16,500.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ Oronco Transfer, Inc. PO Box 8338 Rochester, MN 55903 | | | 09/20/2009 **Lease Deposit** | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. _____ Pediatric Multicare, LLC. 525 Wanaque Ave. Pompton Lakes, NJ 07442 | | | 05/01/2009 **Lease Deposit** | | | | 1,394.40 |
| Last four digits of ACCOUNT NO. _____ Pharmacom Corporation 100 Oakdale Campus Iowa City, IA 52242 | | | 04/01/2008 **Lease Deposit** | | | | 4,408.50 |
| Last four digits of ACCOUNT NO. _____ Polifly Plaza Associates 155 Polifly road, Ste 201 Hackensack, NJ 07601 | | | 11/04/2009 **Lease Deposit** | | | | 3,399.64 |
| Last four digits of ACCOUNT NO. _____ Reeve Investments, LLC. 1618 S. Taylor Street Arlington, VA 22204 | | | 07/27/2009 **Lease Deposit** | | | | 3,503.00 |

Sheet no. _15_ of _19_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal >   $   **14,705.54**

Total >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>REO Movers & Van Lines, Inc.<br>7000 South Chicago Ave.<br>Chicago, IL 60637 | | | 08/16/2007<br>**Lease Deposit** | | | | 3,000.00 |
| Last four digits of ACCOUNT NO.<br>**Riverside Transport services, LLC**<br>1395 West 2nd street<br>Arlington, OR 97812 | | | 05/20/2009<br>**Lease Deposit** | | | | 2,000.00 |
| Last four digits of ACCOUNT NO.<br>RJ Miske Florist, Inc.<br>300 N. Center Street<br>Pottsville, PA 17901 | | | 07/01/2009<br>**Lease Deposit** | | | | 2,653.25 |
| Last four digits of ACCOUNT NO.<br>**Ryan Cleaners**<br>PO Box 4775<br>Jackson, Way 83001 | | | 06/19/2010<br>**Lease Deposit** | | | | 2,000.00 |
| Last four digits of ACCOUNT NO.<br>**S&S Excavation, Inc.**<br>4786 E. 2600 N.<br>Eden, UT 84310 | | | 02/03/2009<br>**Lease Deposit** | | | | 2,000.00 |

Sheet no. 16 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢   $   **11,653.25**

Total ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Sailor excavation & paving <br> 899 Baldwin Rd. <br> Pittsburgh, PA 15207 | | | 04/08/2009 <br> **Lease Deposit** | | | | 3,168.00 |
| Last four digits of ACCOUNT NO. <br> **Sears Children's Academy** <br> 1255 S. State Street <br> Chicago, IL 60606 | | | 05/19/2009 <br> **Lease Deposit** | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. <br> **Shotgun Specialties, LTD** <br> 2178 Stillwell - Beckett Rd. <br> Hamilton, OH 45013 | | | 07/10/2009 <br> **Lease Deposit** | | | | 2,500.00 |
| Last four digits of ACCOUNT NO. <br> **Sign & lighting, Inc.** <br> 1850 Foxdale Court. <br> Crofton, MD 21114 | | | 04/01/0209 <br> **Lease Deposit** | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. <br> **Snall World Educational Center, Inc.** <br> 1717 ArchStreet 46th Floor <br> Philadelphia, PA 19103 | | | 09/29/2009 <br> **Lease Deposit** | | | | 2,322.00 |

Sheet no. 17 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢   $   **15,990.00**

Total ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                              2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | Case No.: | |
|-------|--------------------------------|-----------|--|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 9163<br>Staples credit Plan<br>PO Box 689020<br>Des Moines, IA 50368 | | | 01/05/2005<br>Revolving Account | | | | 1,100.00 |
| Last four digits of ACCOUNT NO.<br>Sun Food Services Co.<br>2415 Weaver Way<br>Doraville, GA 30340 | | | 12/01/2008<br>Lease Deposit | | | | 6,000.00 |
| Last four digits of ACCOUNT NO.<br>The Century Slate Co.<br>1310 E. Cornwallis Rd.<br>Durham, NC 27713 | | | 10/07/2009<br>Lease Deposit | | | | 9,315.24 |
| Last four digits of ACCOUNT NO.<br>Triage Wines, Inc.<br>4755 Colorado Ave., S. Suita A<br>Seattle, WA 98134 | | | 03/27/2009<br>Lease Deposit | | | | 5,000.00 |
| Last four digits of ACCOUNT NO.<br>Trident Transport, LLC<br>PO Box 1249<br>Sulphur Springs, TX 75483 | | | 09/01/2009<br>Lease Deposit | | | | 1,000.00 |

Sheet no. 18 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢   $   22,415.24

Total ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                    2007 USBC, Central District of California

| In re | Vanguard Business Capital, LLC. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Younggren Timber Co. 34392 Younggren rd. Covington, MI 49919 | | | 11/24/2009 Lease Deposit | | | | 1,000.00 |

Sheet no. 19 of 19 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 1,000.00 |
| Total ➤ | $ | 300,528.73 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G - (12/07)                                                    2007 USBC, Central District of Cal

| In re  **Vanguard Business Capital, LLC.** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H - (12/07)                                                    2007 USBC, Central District of California

| In re | **Vanguard Business Capital, LLC.** | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6 - Declaration(Rev. 12/07)                                    2007 USBC, Central District of California

| In re   Vanguard Capital Group LLC | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **James Rungthirakul**, the **Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.        *(Total shown on summary page plus 1)*

Date   3 | 25 | 10            Signature: 

**James Rungthirakul Member**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                          2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re    **Vanguard Capital Group LLC** | Case No.: |
|---|---|
| Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 616,138.00 | **Business** | **2007** |
| 699,463.00 | **Business** | **2008** |
| 398,145.00 | **Business** | **2009** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE                              FISCAL YEAR PERIOD

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                                    2007 USBC, Central District of California

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐
a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Bank, NA**<br>**Corporation Service Company**<br>**Agent for Service of Process**<br>**PO Box 526036**<br>**Sacramento, CA 95852-6036** | **1/1/10**<br>**2/1/10**<br>**3/1/10** | **4,500.00** | **178,000.00** |
| **Wells Fargo Bank, NA**<br>**Corporation Service Company**<br>**Agent for Service of Process**<br>**PO Box 526036**<br>**Sacramento, CA 95852-6036** | **1/1/10**<br>**2/1/10**<br>**3/1/10** | **6,000.00** | **222,500.00** |

None
☑
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page3 - (Rev. 12/07)                                    2007 USBC, Central District of California

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Brentwood Cafe v. Vanguard<br>Capital Partners, LLC<br>LAW 09W02589** | | **Los Angeles Superior Court** | **Small Claims** |
| **Orlando Academy, LLC v.<br>Vanguard Capital Group, LLC.<br>30-2009-00125609** | **Collections** | **Orange County Superior Court** | **Pending** |

None
☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/07)                                      2007 USBC, Central District of California

### 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF MOSES S. BARDAVID**<br>**16133 Ventura Blvd.**<br>**7th Floor**<br>**Encino, CA 91436** | **2/3/10** | **$3,500.00** |

### 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑     sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑     **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑     the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None   List all property owned by another person that the debtor holds or controls.
☑
| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☑     debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑     California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

Statement of Financial Affairs (Form 7) - Page6 - (Rev. 12/07)                    2007 USBC, Central District of California

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Vanguard Capital Partners** | **22-2259838** | **6B liberty Suite 125 Aliso Viejo, CA 92656** | **Lease Broker** | **01/01/2006** **12/01/2009** |

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____      ADDRESS _____

## 19. Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS _____      DATES SERVICES RENDERED _____

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME _____      ADDRESS _____      DATES SERVICES RENDERED _____

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **James Rangthirakul** | **4540 Campus Drive Suite 111 Newport Beach, CA 92660** |

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS _____      DATE ISSUED _____

## 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

Statement of Financial Affairs (Form 7) - Page8 - (Rev. 12/07)                                    2007 USBC, Central District of California

None     b. List the name and address of the person having possession of the records of each of the inventories reported
☑       in a., above.

                                                        NAME AND ADDRESSES OF CUSTODIAN
         DATE OF INVENTORY                              OF INVENTORY RECORDS

### 21.  Current Partners, Officers, Directors and Shareholders

None     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☑       partnership.

         NAME AND ADDRESS                     NATURE OF INTEREST          PERCENTAGE OF INTEREST

None     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly
❑       owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                         NATURE AND PERCENTAGE
         NAME AND ADDRESS                     TITLE                       OF STOCK OWNERSHIP

         **Chad Lee**                         **Member**                  **50%**
         **4540 Campus Dr. #111**
         **Newport Beach, CA 92660**

         **James Rangthirakul**               **Member**                  **50%**
         **4540 Campus Dr. #111**
         **Newport Beach, CA 92660**

### 22.  Former partners, officers, directors and shareholders

None     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☑       preceding the commencement of this case.

         NAME                     ADDRESS                                 DATE OF WITHDRAWAL

None     b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
☑       within **one year** immediately preceding the commencement of this case.

         NAME AND ADDRESS                     TITLE                       DATE OF TERMINATION

### 23.  Withdrawals from a partnership or distributions by a corporation

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☑       compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year**
         immediately preceding the commencement of this case.

         NAME & ADDRESS                                                   AMOUNT OF MONEY
         OF RECIPIENT,                        DATE AND PURPOSE            OR DESCRIPTION
         RELATIONSHIP TO DEBTOR               OF WITHDRAWAL               AND VALUE OF PROPERTY

### 24.  Tax Consolidation Group.

None     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☑       consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
         preceding the commencement of the case.

         NAME  OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☑     debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
      commencement of the case.

NAME  OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

● ● ● ● ● ● ● ● ● ●

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    3 25 10              Signature

**James Rungthirakul, Member**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Moises S. Bardavid**<br>**LAW OFFICES OF MOSES S. BARDAVID**<br>**16133 Ventura Blvd.**<br>**7th Floor**<br>**Encino, CA 91436**<br><br>Phone: **(818) 377-7454**     Fax:  **(818) 377-7455**<br>California State Bar Number: **200296**<br><br>*Attorney for* **Vanguard Capital Group LLC** | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>  **Vanguard Capital Group LLC** | |
| | **CHAPTER   7**<br>**CASE NUMBER** |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* **02/03/2010** , I agreed with the Debtor that for a fee of **$3,500.00** , I would provide only the following services:

    a.  ☑  Prepare and file the Petition and Schedules

    b.  ☑  Represent the Debtor at the 341(a) Hearing

    c.  ☐  Represent the Debtor in any relief from stay actions

    d.  ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e.  ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f.  ☐  Other *(specify):*

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 3/25/10

I HEREBY APPROVE THE ABOVE:

James Rungthirakul, *Signature of Debtor*

**LAW OFFICES OF MOSES S. BARDAVID**
*Law Firm Name*

By:

Name:  **Moises S. Bardavid**
       *Attorney for Debtor*

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)          1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Vanguard Capital Group LLC**                          Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on benalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   b) [Other provisions as needed]

      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation in adversary.**
   **Representation in audit.**
   **Representation in reaffirmation.**
   **Representation in relief from stay.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_3/25/10_
Date

_Signature of Attorney_

**LAW OFFICES OF MOSES S. BARDAVID**
_Name of Law Firm_

Verification of Creditor Mailing List - (Rev. 10/05)                          2003 USBC, Central District of California

## MASTER MAILING LIST

### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name          **Moises S. Bardavid**

Address       **LAW OFFICES OF MOSES S. BARDAVID**
              **16133 Ventura Blvd.**
              **7th Floor**
              **Encino, CA 91436**

Telephone     **(818) 377-7454**

☑  Attorney for Debtor(s)
☐  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Vanguard Capital Group LLC**<br>**Vanguard Capital Partners** | Case No.: |
| | Chapter:          **7** |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   3/25/10

James Rungthirakul ,Member

Moises S. Bardavid, Attorney *(if applicable)*

Vanguard Capital Group LLC
4540 Campus Drive
Suite 111
Newport Beach, CA 92660

Moises S. Bardavid
LAW OFFICES OF MOSES S. BARDAVID
16133 Ventura Blvd.
7th Floor
Encino, CA 91436

United States Trustee
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

6B L:iberty Plaza OA
c/o Mar Wesr Real estate
PO Box 500608
San Diego, CA 92150

AC Holdings, Inc.
PO box 70176
Dartmouth, MA 02747

Advanced Concrete & Construction, I
PO Box 50100
Mesa AZ 85208

All American Gear Transmission Inc.
4389 Phillip Hwy.
Jacksonville, FL 32207

Altera, LLC
111 S. Independence Mall E. #700
Philadelphia, PA 19106

ANS Logistics Services
102 Raleigh Dr.
Warner robins, GA 31088

Ashref Hauter
340 Robinhood Rd.
Franklin, VA 23851

AT&T
PO Box 5001
Carol Stream, IL 60197

Avalon Artists Group, Inc.
456 North May Street
Chicago, IL 31282

Bastel Communication, Inc.
3200 Inland Empire Blvd.
Ontario, CA 91764

Beitler & Assoc., Inc.
825 S. Barrington Ave.
Los Angeles, CA 90049

Boca Medical Supply, LLC
648 Glades Rd.
Boca Raton, FL 33431

Breathe Rite Repositry Services, In
1030 W. North Blvd.
Leesburg, FL 34748

Brentwood Cafe, Inc.
4000 Colfax Ave.
Studio city, CA 91604

Buford Family Practice, INc.
3331 Hamilton Road, Suite 1102
Buford, GA 30519

Casillas Transportation Services, I
11 Maple street Ste. D
Salinas, CA 93901

CCV Transport Express, Inc.
2181 Siboney Ct.
Rochester Hills, MI 48309

CD Withington, LLC
PO Box 381
Windham, CT 06280

Clean Get Away, Inc.
7969 Pines Blvd.
Pembroke Pines, FL 33024

Cleveland Die & Mfg.
20303 First Ave.
Middelburg Heights, OH 44130

Coastal Recycling Seervices, LLC
151 Camellia Dr.
Waterboro, SC 29488

Comfort Research, LLC
3860 Roger B. Chaffe SE
Grand rapids, MI 49548

Cooper Square Hotel, LLC.
76 Green Street, 2nd Floor
New York, NY 10012

Crate Creation, LLC.
1364 Ros City Blvd.
Richmond, IN 47374

Dana Enterprises, Inc.
7936 Rutillio Court
New Port Richey, FL 34653

DCS Trucking, Inc.
7249 Highway 64
Hartmann, AR 72840

Diya Investment, LLC
dba Lincoln Inn
1750 5th Street
Lincoln, IL 62656

Donald McBride
8555 McBride ln.
Gainsville, GA 30506

Enforcement Electronics Service, In
3705 Century Blvd #2
Lakeland, FL 33811

Eric & Lauren Johnson
3006 SW 129th Street Terrace
Miramar, FL 33027

Executive Construction, Inc.
N. 8509 Country Road
Belleville, WI 53808

FedEx
Po Box 7221
Pasadena, CA 91109

First Nation Wood Pellet, LLC.
118 Water Street, Suite 201
Worcester, MA 01604

Floridel, LLC
7505 Waters Ave., Ste. C-7
Savannah, GA 31406

Freight services, Inc,
108 Roger Ave.
Inwood, NY 11096

G-4, Inc.
2821 East Commercial Blvd., Ste. 20
Ft. Lauderdale, FL 33308

Gerber Excavating, Inc.
400 Elizabeth Street.
Green Bay, WI 54302

Glenn M. Shor
80 Charles St., Apt. 1W
New York, NY 10014

Golf Plus, inc.
1100 Skyview blvd.
Lakeland, FL 33801

Greenberg & Bass, LLP
16000 Ventura Boulevard, Ste. 1000
Encino, CA 91436

Gronowitz, White & Weber
330 North D St. Ste. 300
San Bernardino, CA 92401

Gulf Coast turf, Inc.
13833 Wellington Trace E4 #218
Wellington, FL 33414

Half N Half Dairy, Inc.
PO Box 565
Alba, MO 64830

Hanover Cold Storage, Inc.
52 Industrial Rd.
Elizabethtown, PA 17022

Heath Construction Co, Inc.
5080 Edinboro Lane
Wilmington, NC 28409

Highly Favored Staffing, Inc.
53 Main St.
Hamlet, NC 38345

HNQ, Inc.
13313 Kirkglen Drive.
Austin, TX 78727

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901

Inn Group of fairmont, LLC
27 Southland Dr.
Fairmont, WV 26505

J. Scunders & Son Excavating, Inc.
3349 Ave.
Vineland, NJ 08361

Jave, Inc.
848 E. May St.
Hammond, IN 46320

Jayco, Inc.
505 Potters Mill Ave.
Daphne, AL 36526

Jaymadi, Inc.
8505 S. Highway 39
Plant City, FL 33567

JCR crane, Inc.
5123 Barkaloo Rd.
Baytown, TX 77521

Jeff Stroup Auto Group, Inc.
4677 State Route 8
Titusville, PA 16354

JL Trucking, LLC
8108 80th St. SW
Staples, MN 56479

JMG Investments, LLC.
35441 Johns Lane
Eustis, FL 37236

Jon Lori Hair Design, Inc.
553 River Rd.
Fair Haven, NJ 07704

K&R Bluewater, Inc.
1143 East 15th Street
Panama City, FL 32405

Keith A. Mason, esq.
8355 Chason Rd. west
Jacksonville, FL 32244

Kevin Rowley dba Rowley Farms
25325 Lon Davis Rd.
Parma, ID 83660

Kimball Equipment Co.
2839 W. California Ave.
Slat Lake City, UT 84104

KLD Trucking, Inc.
2701 East 143rd Street
Chicago, IL 60633

KO Pumps, Inc.
PO Box 568
Cook, MN 55723

Krimm Machine
2820 Ome Ave.
Dayton, OH 45414

Leak Finders west
PO Box 62
Seabeck, WA 98380

LexisNexis
PO Box 933
Dayton, OH 45401

Liska Farms, inc.
4852 Hwy 44W
Robstowns, TX 78380

M. Cologne Enterprises, Inc.
520 W. 21st Street, Unit G2-140
Norfolk, VA 23517

Mark Whitworth
1439 West Lill
Chicago, IL 60614

Matthew nickens dba Commolnstallers
PO box 44835
Tacoma, WA 98448

Microbeguard, Inc.
1901 Greenleaf Ave.
Elk Grove Village, IL 60007

Midwest REM Enterprises, Inc.
2601 W. Lemoyne
Melrose Park, IL 60160

Mike Williams, LLC
705 Hilton Rd.
Anniston, AL 36207

Monroe Motorcars, Inc.
10560 Newkirk Street, Ste. 402
Dallas, TX 75220

Mush, Inc.
1805 Lacy Dr.
Fort Worth , TX 76177

OP Pallets, Inc.
5825 W. 23rd Street North
Witchita, KS 67205

Orange County Treasurer
625 N. Ross Street
Building 11, Room 658
Santa Ana, CA 92701

Orlando Academy, LLC
1650 Sand Lake Rd. Suite 115
Orlando FL 32809

Oronco Transfer, Inc.
PO Box 8338
Rochester, MN 55903

Pediatric Multicare, LLC.
525 Wanaque Ave.
Pompton Lakes, NJ 07442

Pharmacom Corporation
100 Oakdale Campus
Iowa City, IA 52242

Polifly Plaza Associates
155 Polifly road, Ste 201
Hackensack, NJ 07601

Reeve Investments, LLC.
1618 S. Taylor Street
Arlington, VA 22204

REO Movers & Van Lines, Inc.
7000 South Chicago Ave.
Chicago, IL 60637

Riverside Transport services, LLC
1395 West 2nd street
Arlington, OR 97812

RJ Miske Florist, Inc.
300 N. Center Street
Pottsville, PA 17901

Ryan Cleaners
PO Box 4775
Jackson, Way 83001

S&S Excavation, Inc.
4786 E. 2600 N.
Eden, UT 84310

Sailor excavation & paving
899 Baldwin Rd.
Pittsburgh, PA 15207

Sears Children's Academy
1255 S. State Street
Chicago, IL 60606

Shotgun Specialties, LTD
2178 Stillwell - Beckett Rd.
Hamilton, OH 45013

Sign & lighting, Inc.
1850 Foxdale Court.
Crofton, MD 21114

Snall World Educational Center, Inc
1717 ArchStreet 46th Floor
Philadelphia, PA 19103

Staples credit Plan
PO Box 689020
Des Moines, IA 50368

Sun Food Services Co.
2415 Weaver Way
Doraville, GA 30340

The Century Slate Co.
1310 E. Cornwallis Rd.
Durham, NC 27713

Triage Wines, Inc.
4755 Colorado Ave., S. Suita A
Seattle, WA 98134

Trident Transport, LLC
PO Box 1249
Sulphur Springs, TX 75483

Wells Fargo Bank, NA
Corporation Service Company
Agent for Service of Process
PO Box 526036
Sacramento, CA 95852-6036

Younggren Timber Co.
34392 Younggren rd.
Covington, MI 49919